**George E. ROBSON, Appellant, v. UNITED**
**STATES of America, Appellee.**
No. 6682.

Circuit Court of Appeals, Ninth Circuit.
May 15, 1933.

C. F. Maris, of Roundup, Mont., Albert Anderson, of Billings, Mont., and Molumby, Busha & Greenan, of Great Falls, Mont., for appellant.

Wellington D. Rankin, U. S. Atty., and Sam D. Goza, Jr., and Arthur F. Acher, Asst. U. S. Attys., all of Helena, Mont., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

Upon consideration of the record and briefs and after oral argument of respective

counsel, ordered judgment of District Court affirmed; judgment of affirmance be filed and entered, and mandate issued as provided for by rule 32.